# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

TROY JENNINGS,

    Plaintiff,

v.                                                  CASE NO:  5:11-CV-179-Oc-30TBS

FEDERAL BUREAU OF PRISONS, et al.,

    Defendants.
_____/

## **ORDER**

    THIS CAUSE comes before the Court *sua sponte*. A review of the file indicates an Order to Show Cause (Dkt. #13) was entered November 3, 2011, which directed Plaintiff to respond within twenty (20) days why his lawsuit should not be dismissed for failure to pay the initial partial filing fee. Plaintiff has failed to respond.

    It is therefore ORDERED AND ADJUDGED that:

    1.    This case is dismissed without prejudice for Plaintiff's failure to pay the filing fee as ordered.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this file.

    **DONE** and **ORDERED** in Tampa, Florida on December 8, 2011.

                                                      JAMES S. MOODY, JR.
                                                      UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

*F:\Docs\2011\11-cv-179.Ocala Jennings.wpd*