# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

TROY JENNINGS, *pro se*,

    Plaintiff,

v.                                          CASE NO: 5:11-CV-179-Oc-30TBS

FEDERAL BUREAU OF PRISONS, et al.,

    Defendants.
_____/

## ORDER REQUIRING PAYMENT OF APPELLATE FILING FEES

THIS COURT has received two letters from the Eleventh Circuit Court of Appeals concerning Troy Jennings' appeals in this matter. One concerns Jennings' appeal from this Court's Order dismissing his case on December 8, 2011. The second letter concerns this Court's denial of Jennings' request for an extension of time within which to file an appeal. Both letters ask this Court to advise the Eleventh Circuit when this Court enters an Order concerning payment of the required filing fee by appellant pursuant to the Prison Litigation Reform Act. See 28 U.S.C. § 1915 (the PLRA).

Jennings previously filed a motion for leave to appeal *in forma pauperis* as to the Order dismissing his case, but the motion was stricken on March 15, 2012, because the case was closed. The Court hereby VACATES in part the Order (Dkt. #23) striking the motion to appeal *in forma pauperis* and will reconsider the *in forma pauperis* request.

Jennings filed his original complaint on April 6, 2011, and his amended complaint on April 18, 2011. His complaint concerns his transfer by the Bureau of Prisons to the medical center in Springfield, Missouri on May 15, 2003. This Court granted his request to proceed *in forma pauperis,* and assessed the initial partial fee of $9.60 on September 14, 2011, to be paid within thirty days (Dkt. #12). When the partial filing fee was not paid, this Court entered an Order to Show Cause on November 4, 2011, why the case should not be dismissed for failure to pay the initial partial filing fee. Response was required within twenty days of the date of the Order. Jennings failed to respond or pay the filing fee. Therefore, this Court dismissed Plaintiff's Amended Complaint without prejudice on December 8, 2011 (Dkt. #14).

Pursuant to the PLRA, this Court must screen the appeal and deny *in forma pauperis* status if the appeal is not taken in good faith. The dismissal of the case without prejudice for non-payment of a filing fee is within the discretion of the Court. The appeal from that Order is frivolous and not taken in good faith.

Therefore, upon reconsideration, Jennings' request to proceed *in forma pauperis* is denied. Of course, the dismissal was without prejudice and Plaintiff may choose to re-file as a new case. The full appellate filing fee of $455.00 is hereby assessed against Jennings as to that appeal.

The letter concerning the Eleventh Circuit Court of Appeals case number 12-11476-F concerns this Court's first denial of Jennings' request for an extension of time within which to file his appeal. Jennings has never filed a motion seeking *in forma pauperis* status for that appeal. The full appellate filing fee of $455.00 is hereby assessed against Jennings for that

appeal. This assessment is without prejudice to Jennings seeking consolidation of the second appeal with the first, and requesting that only one filing fee be required.

It is therefore ORDERED AND ADJUDGED that:

1. The Court hereby VACATES the portion of the endorsed Order (Dkt. #23) entered on March 15, 2012, which concerns Jennings' motion for leave to appeal *in forma pauperis*.

2. Jennings' motion for leave to appeal *in forma pauperis* (Dkt. #19) is, upon reconsideration, DENIED.

3. In addition to the copy of this Order furnished to Jennings, the Clerk of Court is directed to furnish a copy to the Eleventh Circuit Court of Appeals.

**DONE** and **ORDERED** in Tampa, Florida on May 23, 2012.

/s/ James S. Moody, Jr.
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Counsel/Parties of Record
Eleventh Circuit Court of Appeals

*F:\Docs\2011\11-cv-179.Ocala clarify.wpd*